AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Central District of California

KELLY SOO PARK,

*Plaintiff(s)*

v.

DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE;

*Defendant(s)*

Civil Action No. CV14-00330-SJO(RZx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Detective Karen Thompson, Santa Monica Police Department
333 Olympic Drive, Santa Monica, CA 90401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald O. Kaye
Kaye, McLane, Bednarski & Litt, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 1 5 2014

CLERK OF COURT

ANDRES PEDRO

*Signature of Clerk or Deputy Clerk*

1202