RONALD O. KAYE, SBN 145051
STACEY R. BROWN, SBN 245661
Email: rok@kmbllp.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys For Plaintiff, KELLY SOO PARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK., <br><br> Plaintiff, <br><br> vs. <br><br> DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE; <br><br> Defendants. | CASE NO. CV14-00330- SJO(R2x) <br><br> NOTICE OF RELATED CASES |

**TO THE COURT AND ALL INTERESTED PARTIES:**

In accordance with Local Rule 83-1.3, Plaintiff hereby gives notice that there are no cases related to the within action that have been previously filed, that arise from the same or closely related events, that call for a determination of the same or substantially related questions of law and fact, or for other reasons would entail a substantial duplication of labor.

Dated: January 13, 2014

Kaye, McLane, Bednarski & Litt, LLP

By: _____
Ronald O. Kaye
Attorney for Plaintiff Kelly Soo Park