POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>KAYE, McLANE, BEDNARSKI & LITT, LLP<br>Ronald O. Kaye, Esq. (SBN 145051); Stacey R. Brown, Esq. (SBN 245661)<br>234 East Colorado Boulevard, Suite 230<br>Pasadena, California 91101<br>TELEPHONE NO.: (626) 844-7660    FAX NO. *(Optional)*: (626) 844-7670<br>E-MAIL ADDRESS *(Optional)*: rok@kmbllaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff KELLY SOO PARK | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]<br>STREET ADDRESS: 312 North Spring Street, G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, California 90012<br>BRANCH NAME: CENTRAL DISTRICT - WESTERN DIVISION | |
| PLAINTIFF/PETITIONER: KELLY SOO PARK<br>DEFENDANT/RESPONDENT: DETECTIVE KAREN THOMPSON | CASE NUMBER:<br>CV14-00330-SJO(RZx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1070977K |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: SEE ATTACHED LIST OF DOCUMENTS

3. a. Party served *(specify name of party as shown on documents served)*:
      DETECTIVE KAREN THOMPSON

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Sal Gonzalez, Court Services Coordinator, authorized person to accept service of process on behalf of Detective Karen Thompson

4. Address where the party was served:
   Santa Monica Police Department, 333 Olympic Drive, Santa Monica, California 90401

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 01/23/2014    (2) at *(time)*: 3:30 p.m.
   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: KELLY SOO PARK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DETECTIVE KAREN THOMPSON | CV14-00330-SJO(RZx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant, and
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* Individual
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)       ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                                     ☑ other: FRCP 4(e)(2)(A)

7. **Person who served papers**
  a. Name: Rowell Moleno, Ace Attorney Service, Inc.
  b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
  c. Telephone number: (213) 623-3979
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: LOS ANGELES
      (iii) County: 2014011962

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: January 24, 2014

ROWELL MOLENO          ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

| SHORT TITLE: Kelly Soo Park v. Detective Karen Thompson | CASE NUMBER: CV14-00330-SJO(RZx) |
|---|---|

ATTACHED LIST OF DOCUMENTS

1. CIVIL COVER SHEET;

2. CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

3. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

4. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;

5. INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE S. JAMES OTERO;

6. NOTICE OF RELATED CASES

Attached List of Documents to POS of Summons and Complaint       #1070977K

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501