MARSHA JONES MOUTRIE, City Attorney
JEANETTE SCHACHTNER (SBN 116671), Deputy City Attorney
jeanette.schachtner@smgov.net
ANTHONY P. SERRITELLA (SBN 72597), Deputy City Attorney
anthony.serritella@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8328
Facsimile:  (310) 451-5862

Attorneys for Defendant,
KAREN THOMPSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE;<br><br>　　　　Defendants. | CASE NO.: CV14-00330 SJO (RZx)<br>Honorable S. James Otero<br>(Courtroom 1)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for defendant, DETECTIVE KAREN THOMPSON, certifies that the following listed parties have a direct pecuniary interest in the outcome of the case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

　　　　1.　　　　Plaintiff, Kelly Soo Park.

　　　　2.　　　　Defendant, City of Santa Monica Police Detective Karen Thompson.

DATED:  February 12, 2014　　　　MARSHA JONES MOUTRIE
　　　　　　　　　　　　　　　　　　City Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Jeanette Schachtner*
　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　JEANETTE SCHACHTNER
　　　　　　　　　　　　　　　　　　Deputy City Attorney

　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　DETECTIVE KAREN THOMPSON