MARSHA JONES MOUTRIE, City Attorney
JEANETTE SCHACHTNER, Deputy City Attorney
Bar No. 116671
jeanette.schachtner@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8328
Facsimile:  (310) 451-5862

Attorneys for Defendant
KAREN THOMPSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE<br><br>Defendants. | CASE NO.: CV 14-00330-SJO(RZx)<br><br>Honorable S. James Otero (Courtroom 1)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KAREN THOMPSON'S MOTION TO DISMISS UNDER RULE 12 (b)(6)**<br><br>Date:         April 7, 2014<br>Time:        10:00 a.m.<br>Ctrm:        1<br><br>Complaint Filed:   01/15/2014<br><br>Trial Date:             None |

 This Court, having on April 7, 2014, considered the Defendant, KAREN THOMPSON'S, Motion to Dismiss Under Rule 12 (b)(6), Request for Judicial Notice, Opposition and Reply papers,  arguments of counsel and all other matters presented to the Court rules as follows:

 1. Plaintiff's First Claim for Relief under the Sixth and Fourteenth Amendments for Deprivation of Civil Rights, 42 U.S.C. § 1983, Violation of Compulsory Process and Right to a Fair Trial fails to state a claim upon which relief can be granted. Thus, the First Claim for Relief is dismissed with prejudice.

 2. Defendant, Karen Thompson, is entitled to Qualified Immunity on

Plaintiff's First Claim for Relief under the Sixth and Fourteenth Amendments for Deprivation of Civil Rights, 42 U.S.C. § 1983, Violation of Compulsory Process and Right to a Fair Trial.

3. Plaintiff's Second Claim for Relief under the Sixth and Fourteenth Amendments for Joint Action/Conspiracy to Interfere With Civil Rights, 42 U.S.C. § 1983, fails to state a claim upon which relief can be granted. Thus, the Second Claim for Relief is dismissed with prejudice.

4. Defendant, Karen Thompson, is entitled to Qualified Immunity on Plaintiff's Second Claim for Relief under the Sixth and Fourteenth Amendments for Joint Action/Conspiracy to Interfere With Civil Rights, 42 U.S.C. § 1983.

5. Plaintiff's Third Claim for Relief for Declaratory Relief fails to state a claim upon which relief can be granted. Thus, the Third Claim for Relief is dismissed with prejudice.

6. Defendant, Karen Thompson, is entitled to Qualified Immunity on Plaintiff's Third Claim for Relief for Declaratory Relief.

**IT IS SO ORDERED.**

Dated:_____        _____
                               HONORABLE S. JAMES OTERO
                               UNITED STATES DISTRICT JUDGE