MARSHA JONES MOUTRIE, City Attorney
JEANETTE SCHACHTNER, Deputy City Attorney
Bar No. 116671
jeanette.schachtner@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8328
Facsimile:  (310) 451-5862

Attorneys for Defendant
KAREN THOMPSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK,<br><br>        Plaintiff,<br><br>    v.<br><br>DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE<br><br>        Defendants. | CASE NO.: CV 14-00330-SJO(RZX)<br><br>Honorable S. James Otero (Courtroom 1)<br><br>**NOTICE OF LODGING EXHIBIT "E-2" IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT KAREN THOMPSON UNDER RULE 12(b)(6)**<br><br>Date:        April 7, 2014<br>Time:       10:00 a.m.<br>Ctrm:       1<br><br>Complaint Filed:   01/15/2-14<br><br>Trial Date:        None |

TO PLAINTIFF AND HER ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant, KAREN THOMPSON, hereby lodges with the Court the following exhibit, not conducive to e-filing, in support of Defendant's Notice of Motion and Motion To Dismiss under Rule 12(b)(6).

1.        Filed concurrently as Exhibit "E-2" is a true and correct copy of an Audio CD of E-1, February 6, 2013 interview by Detective Karen Thompson of Melissa Ayala, in support of Defendant Karen Thompson's Motion to Dismiss Under Rule

12(b)(6) and of which the Court has been Requested to Take Judicial Notice.

DATED:  March 3, 2014                    MARSHA JONES MOUTRIE
                                          City Attorney

                                              */s/ Jeanette Schachtner*
                                          By:_____
                                             JEANETTE SCHACHTNER
                                             Deputy City Attorney

                                          Attorneys for Defendant,
                                          DETECTIVE KAREN THOMPSON

NOTICE OF LODGING.DOC