MARSHA JONES MOUTRIE, City Attorney
JEANETTE SCHACHTNER, Deputy City Attorney
Bar No. 116671
ANTHONY SERRITELLA, Deputy City Attorney
Bar No. 72597
jeanette.schachtner@smgov.net
anthony.serritella@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8328
Facsimile: (310) 451-5862

Attorneys for Defendant
CITY OF SANTA MONICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK,<br><br>   Plaintiff,<br><br>v.<br><br>DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE<br><br>   Defendants. | CASE NO.: CV 14-00330-SJO(RZX)<br><br>Honorable S. James Otero<br>(Courtroom 1<br><br>DEFENDANT THOMPSON'S OBJECTION TO DECLARATION OF RONALD KAYE FILED IN OPPOSITION TO MOTION TO DISMISS<br><br>Date:   April 7, 2014<br>Time:   10:00 a.m.<br>Ctrm:   1<br><br>Complaint Filed:   01/15/2-14<br><br>Trial Date:   None |

TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

Defendant Karen Thompson, by and through her counsel of record, objects to the Declaration of Ronald O. Kaye filed in support of plaintiff's opposition to Defendant Thompson's Motion to Dismiss[1] (Docket Entry 20) on the following grounds:

---

[1] Plaintiff Park has submitted two pleadings with identical captions. Both documents are entitled: Declaration of Attorney Ronald O. Kaye in Support of Plaintiff's Opposition to Defendant Thompson's Motion to Dismiss Under Rule 12(B)(6). Defendant Thompson only opposes Document Number 20.

1

1. Paragraph 2 contains hearsay which is inadmissible pursuant to Federal Rules of Evidence, Rules 801, 802, 803 and 804.

2. Paragraph 2, is irrelevant and inadmissible pursuant to Federal Rules of Evidence, Rule 402.

3. To the extent Paragraph 2 purports to provide "expert witness" opinion testimony, the declaration is inadmissible pursuant to Federal Rules of Evidence, Rules 702 and 703.

4. To the extent Paragraph 2 purports to provide "expert witness" opinion testimony, the proffered "evidence" lacks foundation and is inadmissible pursuant to Federal Rules of Evidence, Rule 602.

DATED:  March 24, 2014

MARSHA JONES MOUTRIE
City Attorney

By:   */s/ Jeanette Schachtner*
    JEANETTE SCHACHTNER
    Deputy City Attorney

Attorneys for Defendant,
DETECTIVE KAREN THOMPSON

DEFENDANT'S OBJECTION TO KAYE'S DECL.DOC