BECKY S. JAMES (SBN 151419)
bjames@jamesaa.com
JAYA C. GUPTA (SBN 312138)
jgupta@jamesaa.com
JAMES & ASSOCIATES
23564 Calabasas Road, Suite #201
Calabasas, California 91302
Telephone: (310) 492-5104
Facsimile: (888) 711-7103

Attorneys for Plaintiff
Kelly Soo Park

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK,<br><br>    Plaintiff,<br><br>    v.<br><br>DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. CV-14-00330-SJO(PJW)<br><br>The Hon. S. James Otero<br><br>Magistrate Judge Patrick J. Walsh<br><br>**PLAINTIFF'S NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES AND DEADLINES**<br><br>Trial Date:      February 26, 2019 |

**TO THE COURT, DEFENDANT, AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Kelly Soo Park hereby submits this Notice of Conditional Settlement pursuant to Local Rule 16-15.7, notifying the Court that the parties have reached a conditional agreement to settle all claims in the above-captioned matter, pending approval of the agreement by the City of Santa Monica City Council (the "City Council").

Counsel for the parties are in the process of preparing the final settlement agreement, and Plaintiff intends to file a request for dismissal as soon as practicable once the City Council has approved the agreement. The Parties, therefore, request sixty (60) days in which to finalize the settlement agreement and file a request for

1   dismissal.

2       In the meantime, the parties respectfully request that the Court vacate all
3   court dates and deadlines, including the discovery deadlines set forth in its October
4   22, 2018 Minute Order (Dkt. No. 82).  If, for any reason, the City Council does not
5   approve the settlement or the parties otherwise are not able to finalize the settlement
6   and file a request for dismissal within 60 days, Plaintiff's counsel will promptly
7   notify the Court.

                                        Respectfully submitted,

11  DATED:  November 15, 2018       JAMES & ASSOCIATES

                                    By:      /s/ Jaya Gupta
                                          Jaya C. Gupta

                                    Attorneys for Plaintiff Kelly Soo Park

-2-
PLAINTIFF'S NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES