LANE DILG, City Attorney
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile:  (310) 451-5862

Attorneys for Defendant
DETECTIVE KAREN THOMPSON, retired

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SOO PARK,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE KAREN THOMPSON; AND DOES 1-10, INCLUSIVE<br><br>    Defendants. | CASE NO.: CV 14-00330-SJO(PJWx)<br><br>Hon. S. James Otero<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

    Based on the STIPULATION TO DISMISS ACTION WITH PREJUDICE entered into by the parties, Plaintiff, KELLY SOO PARK, and Defendant, DETECTIVE KAREN THOMPSON, retired, through their respective attorneys of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the within action be dismissed with prejudice in its entirety, with each party to bear her own costs and attorney's fees, including attorney's fees under 42 U.S.C. §1988, the Court hereby orders as follows:

    The within action is dismissed with prejudice in its entirety, with each party to bear her own costs and attorney's fees, including attorney's fees under 42 U.S.C. §1988.

    The Court will retain jurisdiction to enforce the terms of the Settlement Agreement and Mutual Release of All Claims entered into in this matter, as well as the

1

1  respective return and/or destruction of CONFIDENTIAL documents/information
2  pursuant to the Protective Orders executed and/or issued in this action, including the
3  Stipulated Protective Order executed by Hon. Magistrate Patrick J. Walsh on 7/17/19
4  [Doc. 72]; the protective order entered on the record 8/23/18 by Hon. Magistrate
5  Patrick J. Walsh during the Telephone Conference Re Plaintiff's *Ex Parte* Application
6  in LA Superior Court, [Doc.74]; and, Order on *Ex Parte* Hearing executed by Hon.
7  Kathleen Kennedy, Judge of the Superior Court, on 8/28/18, which included an Order
8  of confidentiality regarding the information disclosed to counsel for Plaintiff pursuant
9  to California Penal Code Sec. 1054.2.

**IT IS SO ORDERED**

DATED: _____2019

By: _____
    HONORABLE S. JAMES ORTERO
    Judge of the United States District Court

ORDER ON STIPULATION TO DISMISS W PREJ